# EXHIBIT A



WHAT GOES UP WE TAKE DOWN

**G R A M E R C Y**

WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

March 25, 2019

**VIA HAND DELIVERY**

New York City Corporation Counsel
100 Church Street
New York, NY 10007

Project: Demolition of DSNY Facilities at Gansevoort Peninsula
Contract: S216-404A
Contract Reg. No.: 20151416817
RE: Notice of Claim - Delay Claim

Attached hereto, please find Gramercy Group, Inc.'s Notice of Claim on the referenced Contract, a copy
of which has been served upon the New York City Comptroller.

Sincerely,

Marie Ann Hoehings, Esq.
General Counsel

cc: New York City Department of Design and Construction



WHAT GOES UP...WE TAKE DOWN

# GRAMERCY

WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

March 25, 2019

**VIA HAND DELIVERY**
New York City Comptroller
1 Center Street
Division of Law – 1225 South
New York, NY 10007

Project: Demolition of DSNY Facilities at Gansevoort Peninsula
Contract: S216-404A
Contract Reg. No.: 20151416817
RE: Notice of Claim - Delay Claim

Gramercy Group Inc., ("Gramercy") on December 12, 2018 submitted a claim for Delay Damages pursuant to Article 11 of the referenced Contract.  On January 11, 2019, the Assistant Commissioner advised that the due to the complex issues raised, a determination cannot be reached within the 60 days required by the Contract.  Therefore, the claim was denied, and we were instructed to file a Notice of Claim with your office. Gramercy hereby makes this submission as our Notice of Claim to pursuant to New York City Dept. of Design & Construction (DDC) on the above contract.

Due to these referenced unforeseen circumstances, none of which were in Gramercy's control, the Gansevoort project was delayed six hundred thirty-six (636) consecutive calendar days, however actual duration of delays from contract end date to substantial completion was five hundred twenty (520) consecutive calendar days. The following is the monetary claim for the delay that was submitted to the Department of Design and Construction and for which Gramercy seeks to be compensated.

1. General Conditions after March 21, 2017:
   a. Contract extension date was March 21, 2017. General Conditions continued until the substantial completion date of August 23rd, 2018. This work impacted three hundred seventeen (317) consecutive calendar days, and is more fully set forth in the specific items broken out in detail below.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 317 | $ 99,939.75 |
| Safety and Quality Plus Inc. - Safety | 317 | $ 139,122.61 |
| Vibranalysis - Vibration Monitoring | 317 | $ 39,731.68 |
| Bernstein Associates - Photographer | 317 | $ 7,937.65 |
| Cassone Leasing - Trailers | 317 | $ 8,488.96 |
| Mr. John - Trailer Bathroom Facilities | 317 | $ 16,349.01 |
| CallAHead - Security Booth | 317 | $ 4,492.24 |
| Subtotal | | $ 316,061.90 |
| OH&P | | $ 74,274.55 |
| Total | | $ 390,336.45 |

2. Electrical Cutoffs Entire Site:

   a. On April 9th, 2017 the Department of Design and Construction ("DDC") sent a letter to Con Ed notifying Con Edison ("Con Ed") to undertake the electric disconnects to the Destructor Plant. Please be advised that Con Ed did not supply the disconnect letter to Liro until July 25, 2017. The forgone resulted in a one hundred eight (108) consecutive calendar day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 108 | $ 34,048.87 |
| Safety and Quality Plus Inc. - Safety | 108 | $ 47,398.24 |
| Vibranalysis - Vibration Monitoring | 108 | $ 13,536.35 |
| Bernstein Associates - Photographer | 108 | $ 2,704.31 |
| Cassone Leasing - Trailers | 108 | $ 2,892.14 |
| Mr. John - Trailer Bathroom Facilities | 108 | $ 5,570.01 |
| CallAHead - Security Booth | 108 | $ 1,530.48 |
| Subtotal | | $ 107,680.39 |
| OH&P | | $ 25,304.89 |
| Total | | $ 132,985.29 |

   b. Friday August 11th, Gramercy received an email from Liro and Con Ed that the transformers were clear to be removed. On Tuesday August 15th, Gramercy started to remove the transformers at which time a live cable, which was unknown to Con Ed, was discovered and by order of the Fire Department of the City of New York ("FDNY") work was stopped.

Con Ed cut the live electrical cable August 22nd. A site meeting was held on August 29th with Con Ed to understand how the disconnect letter could be issued with a live feed remaining and to confirm that there were no other live feeds at the Project so as to ensure that the site was safe. The forgoing resulted in a fifteen (15) consecutive day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 15 | $ 4,729.01 |
| Safety and Quality Plus Inc. - Safety | 15 | $ 6,583.09 |
| Vibranalysis - Vibration Monitoring | 15 | $ 1,880.05 |
| Bernstein Associates - Photographer | 15 | $ 375.60 |
| Cassone Leasing - Trailers | 15 | $ 401.69 |
| Mr. John - Trailer Bathroom Facilities | 15 | $ 773.61 |
| CallAHead - Security Booth | 15 | $ 212.57 |
| | Subtotal | $ 14,955.61 |
| | OH&P | $ 3,514.57 |
| | Total | $ 18,470.18 |

3. FDNY Demo Destructor Plant Stop of Work:

Gramercy obtained approved demolition plans from DOB September 2015 in which the BEST SQUAD directed Gramercy to close the north entrance to comply with Building Code requirements. More specifically, the destructor plant's close proximity to the north entrance required the north entrance to be closed in order to comply with the height to length ratio required by the New York City Building Code (§3306.2.1).

The approved plans were reviewed once again with the DDC, Liro, FDNY, Gramercy, as well as the Secret Service and Homeland Security on August 7th 2017, at which time the closure and demolition plan again was discussed without objection from any party.

The work to close the north entrance started on September 8th, 2017 and was stopped immediately by FDNY. Work was not allowed to begin again until September 25th, 2017. This work impacted eighteen (18) consecutive calendar days.

| | | |
|---|---|---|
| Streamline Security | 18 | $ 5,674.81 |
| Safety and Quality Plus Inc. - Safety | 18 | $ 7,899.71 |
| Vibranalysis - Vibration Monitoring | 18 | $ 2,256.06 |
| Bernstein Associates - Photographer | 18 | $ 450.72 |
| Cassone Leasing - Trailers | 18 | $ 482.02 |
| Mr. John - Trailer Bathroom Facilities | 18 | $ 928.33 |
| CallAHead - Security Booth | 18 | $ 255.08 |
| Subtotal | | $ 17,946.73 |
| OH&P | | $ 4,217.48 |
| Total | | $ 22,164.21 |

4.  HRPT Sand Backfill Approval:

Gramercy obtained approved sand from one facility approved by HRPT in October 2016 that was located in East Quogue, NY. Sand from multiple other facilities were submitted which included material that was very similar to the approved material, but that as well as all other proposed sand facilities were rejected. When the material was ultimately requested previously approved facility indicated at most, it could provide only one load of sand per day, if it could provide it at all. This would have delayed the project at least seven months. In the interim, another facility was submitted to DDC and approved on February 1st, 2018 and approved April 12th, 2018, however, the process delayed the work seventy-one (71) consecutive calendar days.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 71 | $ 22,383.98 |
| Safety and Quality Plus Inc. - Safety | 71 | $ 31,159.95 |
| Vibranalysis - Vibration Monitoring | 71 | $ 8,898.89 |
| Bernstein Associates - Photographer | 71 | $ 1,777.83 |
| Cassone Leasing - Trailers | 71 | $ 1,901.31 |
| Mr. John - Trailer Bathroom Facilities | 71 | $ 3,661.76 |
| CallAHead - Security Booth | 71 | $ 1,006.15 |
| Subtotal | | $ 70,789.89 |
| OH&P | | $ 16,635.62 |
| Total | | $ 87,425.51 |

5.  Unknown underground Fuel Tanks

Gramercy was removing soil from the south side destructor plant area on May 10th, 2018 when two previously unknown concrete encased tanks approximately 10,000 gallons each were discovered. The tanks required the following additional work items:

-Expose the tanks and remove concrete encasement
-Remove product from tanks (both of them were completely fulfilled with fuel)
-Register Tanks with DEC
-Remove Tanks
-End point soil samples underneath tanks for any leaks and testing of same
-Soil Remediation of contaminated soil due to leaks in tanks
-Excavation of surrounding area to a point where soil appeared seemed clean for re-testing
-Dewatering and filtering of ground water during excavation
-Redo end point soil sampling
-Backfill area
-Tank Closure report sent to DEC

This work finished August 2nd, 2018. The total time spent on this item was eighty- four (84) consecutive calendar days.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 84 | $ 26,482.46 |
| Safety and Quality Plus Inc. - Safety | 84 | $ 36,865.30 |
| Vibranalysis - Vibration Monitoring | 84 | $ 10,528.27 |
| Bernstein Associates - Photographer | 84 | $ 2,103.35 |
| Cassone Leasing - Trailers | 84 | $ 2,249.44 |
| Mr. John - Trailer Bathroom Facilities | 84 | $ 4,332.23 |
| CallAHead - Security Booth | 84 | $ 1,190.37 |
| | Subtotal | $ 83,751.42 |
| | OH&P | $ 19,681.58 |
| | Total | $ 103,433.00 |

6.  Balance of work to complete after underground fuel tanks

Once the tank work was completed as detailed in item 5 on August 2nd, 2018, the balance of the contract work in that area needed to be completed which took until substantial completion.

This work finished August 23rd, 2018. The total time spent on this item was twenty-one (21) consecutive calendar days

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 21 | $ 6,620.61 |
| Safety and Quality Plus Inc. - Safety | 21 | $ 9,216.32 |
| Vibranalysis - Vibration Monitoring | 21 | $ 2,632.07 |
| Bernstein Associates - Photographer | 21 | $ 525.84 |
| Cassone Leasing - Trailers | 21 | $ 562.36 |
| Mr. John - Trailer Bathroom Facilities | 21 | $ 1,083.06 |
| CallAHead - Security Booth | 21 | $ 297.59 |
| | Subtotal | $ 20,937.85 |
| | OH&P | $ 4,920.40 |
| | Total | $ 25,858.25 |

### Cost Impact of Delay Combined

The total cost impact, and for which Gramercy seeks compensation related to the above items is **$390,336.45.** All backup for same is attached hereto.

Vincent Parziale
President/CEO
Gramercy Group, Inc.

STATE OF NEW YORK    )
                                                   ) ss.:
COUNTY OF NASSAU    )

On the 25th day of March, 2019, before me personally came Vincent Parziale to me known, who, being by me duly sworn, did depose and say, that deponent is the individual described above and is the President of Gramercy Group, Inc., the corporation described herein and which executed the foregoing General Release; and that he signed his name thereto by authority of said corporation and in his individual capacity.

Notary Public

JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20__



3000 Bums Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

March 20th, 2017

HON. Dr. Feniosky Peña-Mora
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter No Claim
Contract Reg. No. 20151416817

Dr. Peña-Mora:

We hereby request an extension of contract time on the above contract from March 22, 2017 to October 31, 2017 a total of 224 calendar days. I understand that any contract time extension granted under this request will automatically cease and terminate on the day prior to Substantial Completion of this contract. This application for an extension of time is based on the following:

This application for an extension of time is based on the following:

1. Start of Work:
   a. Contract start date was March 23, 2015. DSNY did not vacate the premises and allow Gramercy to start work until December 16th, 2015. This work impacted two hundred sixty nine (269) consecutive calendar days.

2. Gas Utility Cutoffs M5 Garage:
   a. Utility cutoffs were to be performed for the M5 Garage on July 14th, 2015. DSNY did not turn over the gas utilities to Gramercy to obtain utility cutoffs until February 10th, 2016. This work impacted two hundred twelve (212) consecutive calendar days.

3. Gas Utility Cutoffs Entire Site:
   a. Gas utility cutoffs were to be performed by November 5, 2015. Con Ed gas shutoff wasn't until April 16th, 2016. This work impacted one hundred sixty three (163) consecutive calendar days.

4. MTS & Ramp Demolition Permit:
   a. The Army Corp & DEC Letters required to file the MTS building permit application were due from the owner on December 5 2015. Army Corp & DEC Letters submitted April 13th, 2016 from owner. This work impacted one hundred thirty (130) consecutive calendar days.

In consideration of the granting, for the purpose of expediting payment, by the Board of Extension of Contract Time, of an extension of contract time fixed in Contract Registration

Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, underline{including but not limited to damages for delay or any other cause whatsoever,} which we may have against The City of New York, in connection with the aforesaid contract, except: None.

I, or we, will at the time of request for an extension of time for a substantial or final payment, prepare and furnish a verified itemized statement of claims in accordance with the terms of the contract.

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever. I understand that this time extension will be granted only for the purpose of permitting the continuation of work.


Sincerely,

Vincent Pariziale
President/CEO
Gramercy Group, Inc.



March 20th, 2017

HON. Dr. Feniosky Peña-Mora
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter No Claim
Contract Reg. No. 20151416817

## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
                  }ss:
County of Nassau }

On this **20th** day of **March, 2017**, before me personally came **Vincent Parziale**, to me
known who begin by me duly sworn, did depose and say that he/she resides
in the City of Syosset, New York, and that he/she is the **President** of the **Gramercy Group, Inc.**,
the corporation described in and which executed the foregoing instrument: that he/she knows the seal
of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so
affixed by order of the Board of Director of said corporation: and that he/she signed his/her name
thereto by like order.

_____
Notary Public

JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20_18_

Gramercy Group, Inc.
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**



*3000 Burns Avenue, Wantagh, NY 11793*
*Tel. 516-876-0020, Fax. 516-876-0021*

# LETTER OF TRANSMITTAL

To: *NYC Dept. of Design & Construction*  
*30-30 Thomson Avenue*  
*L.I.C., NY 11101*  
*Attn: Hon. Feniosky Pena-Mora*

Project: *Gansevoort Peninsula, Manhattan*  
Contract No. : *S216-404A, PIN: 8502014TR0003C*  
Date: *March 15, 2017*  
Transmittal No.: *31*  
Re: *Time Extension Letter*

We are Forwarding to You:        X    Attached _____ Under Separate Cover

The Following Item: _____

(Plans, Shop Drawings, Reports, Samples, Other)

Via: *UPS*

(Hand Delivery, US Mail, FedEx, Other)

| No. Of | Submittal No. | Drawing No. | Spec. No. | Rev. No. | Item Description |
|--------|--------------|-------------|-----------|----------|------------------|
| 4 | | | | | *Original Revised Time Extension Letter* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Transmitted:

_____ For Your Information Only  
___X___ For Your Approval  
___X___ For Your Use

Transmitted by:

*Juditli Aiello, Executive Assistant*

*March 15, 2017*
Date

Remarks:
*Thank you for your consideration.*

CC:
*file*

Received by: _____  
Print Name: _____        Date



GRAMERCY

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

March 7th, 2017

HON. Dr. Feniosky Peña-Mora
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter No Claim
Contract Reg. No. 20151416817

Dr. Peña-Mora:

We hereby request an extension of contract time on the above contract from March 22, 2017 to March 16, 2018 a total of 360 calendar days. I understand that any contract time extension granted under this request will automatically cease and terminate on the day prior to Substantial Completion of this contract. This application for an extension of time is based on the following:

This application for an extension of time is based on the following:

1. Start of Work:
   a. Contract start date was March 23, 2015. DSNY did not vacate the premises and allow Gramercy to start work until December 16th, 2015. This work impacted two hundred sixty nine (269) consecutive calendar days.

2. Gas Utility Cutoffs M5 Garage:
   a. Utility cutoffs were to be performed for the M5 Garage on July 14th, 2015. DSNY did not turn over the gas utilities to Gramercy to obtain utility cutoffs until February 10th, 2016. This work impacted two hundred twelve (212) consecutive calendar days.

3. Gas Utility Cutoffs Entire Site:
   a. Gas utility cutoffs were to be performed by November 5, 2015. Con Ed gas shutoff wasn't until April 16th, 2016. This work impacted one hundred sixty three (163) consecutive calendar days.

4. MTS & Ramp Demolition Permit:
   a. The Army Corp & DEC Letters required to file the MTS building permit application were due from the owner on December 5 2015. Army Corp & DEC Letters submitted April 13th, 2016 from owner. This work impacted one hundred thirty (130) consecutive calendar days.

In consideration of the granting, for the purpose of expediting payment, by the Board of Extension of Contract Time, of an extension of contract time fixed in Contract Registration

Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, including but not limited to damages for delay or any other cause whatsoever, which we may have against The City of New York, in connection with the aforesaid contract, except: None.

I, or we, will at the time of request for an extension of time for a substantial or final payment, prepare and furnish a verified itemized statement of claims in accordance with the terms of the contract.

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever. I understand that this time extension will be granted only for the purpose of permitting the continuation of work.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



March 7th, 2017

HON. Dr. Feniosky Peña-Mora
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter No Claim
Contract Reg. No. 20151416817

## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
                  }ss:
County of Nassau }

On this **7th** day of **March, 2017,** before me personally came **Vincent Parziale,** to me
known who begin by me duly sworn, did depose and say that he/she resides
in the City of **Syosset, New York,** and that he/she is the **President** of the **Gramercy Group, Inc.,**
the corporation described in and which executed the foregoing instrument: that he/she knows the seal
of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so
affixed by order of the Board of Director of said corporation: and that he/she signed his/her name
thereto by like order.

_____
Notary Public

JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20__

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

WHAT GOES UP...WE TAKE DOWN

LTR   1 OF 1

**FROM:**
JUDITH AIELLO
(·16) 876-0020
GRAMERCY GROUP INC.
3000 BURNS AVE
WANTAGH  NY 11793-3202



# NY 111 0-07

SHIP TO:

HON. FENIOSKY PENA-MORA
(212) 504-4115
NYC DEPT. OF DESIGN & CONSTRUCTION
4TH  FLOOR
30-30 THOMSON AVENUE
**LONG ISLAND CITY  NY 11101**

## UPS NEXT DAY AIR

TRACKING #: 1Z V8E 687 01 4258 3883

**1**



BILLING:  P/P

WS  18.0.34 RICOH Aficio  84.0A 01/2017

Fold here and place in label pouch

GRAMERCY

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020  Fax (516) 876-0021

October 20th, 2017

Hon. Ana Barrio
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter No Claim
 Contract Reg. No. 20151416817

Ms. Barrio:

We hereby request an extension of contract time on the above contract from October 31, 2017 to April 30, 2018 a total of 182 calendar days. This application for an extension of time is based on the following:

Previously Gramercy submitted a time extension letter on March 21, 2017 which requested a 774 calendar day extension. (A copy of the March 21, 2017 letter is attached and incorporated by reference). An extension was only granted to October 31, 2017.

This application renews the prior request and makes a further request for an extension of time based on the following:

1. Electrical Cutoffs Entire Site:
    a. On February 22nd, 2017 DDC sent a letter to Con Ed notifying Con Ed to perform the electric disconnects on March 17, 2017 to the Destructor Plant. Please be advised that Con Ed did not supply the disconnect letter to Liro until July 25, 2017. (130 day delay)

    b. On Monday July 17th, in preparation for the continued demolition at the site, DDC and Liro directed Gramercy to remove the transformers from the Con Edison vault as they have been drained of PCB's. Gramercy contacted Con Edison for information regarding the weight of the transformer. Gramercy was advised by Con Ed that the transformers could still have PCB's and therefore could not be removed and as a result work could not proceed.

    c. Friday August 11th, Gramercy received an email from Liro and Con Ed that the transformers were clear to be removed. On Tuesday August 15th Gramercy started to remove the transformers at which time a live cable, which was unknown to Con Ed, was discovered and work had to stop, by the order of the FDNY.

d. Con Ed cut the live electrical cable August 22nd. A site meeting was held on August 29th with Con Edison to understand how the disconnect letter could be issued with a live feed remaining and to confirm that there were no other live feeds at the project so as to ensure that the site was safe. (35 day delay).

Due to these above unforeseen circumstances, none of which were in Gramercy's control, the Gansevoort project has been delayed and additional one hundred sixty six (166) consecutive calendar days.

2. FDNY Demo Destructor Plant Stop of Work:
   a. Gramercy obtained approved demolition plans from DOB September 2015 in which the BEST SQUAD directed Gramercy to close the north entrance as a result of the Building Code requirements, in that, the destuctor plant's close proximity to the north entrance required the north entrance to be closed in order to comply with the height to length ratio required by the New York City Building Code (3306.2.1).

   b. The approved plans were reviewed August 7, 2017, once again, with the DDC, Liro, FDNY, Gramercy, as well as the Secret Service and Homeland Security, at which time the closure and demolition plan was discussed once again, without objection from any party.

   c. The work to close the north entrance started on September 8th, 2017 and was stopped immediately by FDNY. Work was not allowed to begin again until September 25th, 2017. This work impacted fifteen (15) consecutive calendar days.

Thus, the total delay for these items above is one hundred eighty one (181) consecutive calendar days. In light of the foregoing, as well as the prior extension request, Gramercy requests an extension of time to April 30th, 2018.

Further, attached hereto is a Bill of Particulars setting forth Gramercy's claims, which we intend to assert under the terms of the contract:

- Costs associated with the items above  - $44,581.54
- Anticipated costs related to necessary time extension - $185,619.72

In consideration of the granting, for the purpose of expediting payment, by the Board of Extension of Contract Time, of an extension of contract time fixed in Contract Registration Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, including but not limited to damages for delay or any other cause whatsoever, which we may have against The City of New York, in connection with the aforesaid contract, except the items of claim which are hereby reserved and are set forth in the annexed Bill of Particulars.

I, or we, will at the time of request for an extension of time for a substantial or final payment, prepare and furnish a verified itemized statement of claims in accordance with the terms of the contract.

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever.

Sincerely,

Vincent Parizigue
President/CEO
Gramercy Group, Inc.



G R A M E R C Y

3000 Burns Ave Wantagh, NY  11793
(516) 876-0020  Fax (516) 876-0021

March 20, 2018

Hon. Ana Barrio
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter With Claim
Contract Reg. No. 20151416817

Ms. Barrio:

We hereby request an extension of contract time on the above contract from March 22, 2018 to May 31, 2018, a total of 71 calendar days. I understand that the contract time extension granted under this request will automatically cease and terminate on the day prior to substantial completion of this contract.  This application for an extension of time is based on the following:

HRPT Sand Backfill Approval:

Gramercy obtained approved Sand from only one facility approved by HRPT in October 2016 that was located in East Quogue, NY. Multiple other facilities were submitted which included material that was very similar to the approved material, but that as well as all other proposed sand facilities were also rejected.  Since the time of the approval, thee previously approved facility indicated that at most, it could only provide one load of sand per day, if at all. This would have delayed the  project at least seven months. In the interim, another facility was submitted to DDC and approved, however, the process delayed the work seventy-one (71) consecutive calendar days.

Thus, the total delay for this item is seventy-one (71) consecutive calendar days.

In light of the item identified above,  as well as those set forth in the prior extension request, Gramercy requests an extension of time to May 31st, 2018.

In consideration of the granting, for the purpose of expediting payment, by the Commissioner of Design and Construction, of an extension of contract time fixed in Contract Registration Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, <u>including but not limited to damages for delay or any other cause</u> <u>whatsoever,</u> which we may have against The City of New York, in connection with the aforesaid contract except:

- Costs associated with the items above - $44,581.54
- Anticipated costs related to necessary time extension - $215,340.75

I, or we, will at the time of request for an extension of time for a substantial or final payment, prepare and furnish a verified itemized statement of claims in accordance with the terms of the contract.

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever. I understand that this time extension will be granted only for the purpose of permitting the continuation of work.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



March 20, 2018

HON. Ana Barrio
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter With Claim
Contract Reg. No. 20151416817

## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
                    }ss:
County of Nassau }

On this **20th** day of **March, 2018**, before me personally came **Vincent Parziale**, to me
known who begin by me duly sworn, did depose and say that he/she resides
in the City of **Syosset, New York**, and that he/she is the **President** of the **Gramercy Group, Inc.**,
the corporation described in and which executed the foregoing instrument: that he/she knows the seal
of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so
affixed by order of the Board of Director of said corporation: and that he/she signed his/her name
thereto by like order.

_____
Notary Public

JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20 18

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**

LTR  1 OF 1

FROM:
JUDITH AIELLO
(516) 876-0020
GRAMERCY GROUP INC.
3000 BURNS AVE
WANTAGH NY 11793-3202



NY 111 0-07

SHIP TO:

MS. ANA BARRIO, ACTING COMMISSIONER
(718) 291-2838
NYC DEPT. OF DESIGN & CONSTRUCTION
4TH FLOOR
30-30 THOMSON AVENUE
LONG ISLAND CITY  NY 11101

**UPS NEXT DAY AIR**
TRACKING #: 1Z V8E 687 01 4247 9611

**1**



BILLING: P/P

WS  18.0.34 RICOH AfIclo  97.0A 01/2018

Fold here and place in label pouch



WHAT COMES FROM THE FOUNDATION

GRAMERCY

GROUP METAL FABRICATION CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020  Fax (516) 876-0021

June 26, 2018

Hon. Ana Barrio
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter With Claim
Contract Reg. No. 20151416817

Ms. Barrio:

We hereby request an extension of contract time on the above contract from June 1, 2018 to August 31, 2018, a total of 92 calendar days. I understand that the contract time extension granted under this request will automatically cease and terminate on the day prior to substantial completion of this contract. This application for an extension of time is based on the following:

Unknown underground Fuel Tanks

Gramercy was removing soil from the south side destructor plant area when two previously unknown concrete encased tanks approximately 5,000 gallons each were discovered. The tanks required the following additional work items:

-Expose the tanks and remove concrete encasement
-Remove product from tanks (both of them were completely fulfilled with fuel)
-Register Tanks with DEC
-Remove Tanks
-End point soil samples underneath tanks for any leaks and testing of same
-Soil Remediation of contaminated soil due to leaks in tanks
-Excavation of surrounding area to a point where soil appeared seemed clean for re-testing
-Dewatering and filtering of ground water during excavation
-Redo end point soil sampling
-Backfill area
-Tank Closure report sent to DEC

Thus, the total time spent on the foregoing  was ninety-two (92) consecutive calendar days requiring a time extension for the same duration.

In light of the item identified above, as well as those set forth in the prior extension requests, Gramercy requests an extension of time to August 31st, 2018.

In consideration of the granting, for the purpose of expediting payment, by the Commissioner of Design and Construction, of an extension of contract time fixed in Contract Registration Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, <u>including but not limited to damages for delay or any other cause whatsoever,</u> which we may have against The City of New York, in connection with the aforesaid contract, except:

- Costs associated with the items from previous time extensions - $44,581.54
- Costs and anticipated costs related to necessary current and previous time extensions - $306,935.02

I, or we, will at the time of request for an extension of time for a substantial or final payment, prepare and furnish a verified itemized statement of claims in accordance with the terms of the contract.

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever. I understand that this time extension will be granted only for the purpose of permitting the continuation of work.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



July 5, 2018

HON. Ana Barrio
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

RE: S216-404A –Gansevoort Peninsula Time Extension Letter With Claim
Contract Reg. No. 20151416817

## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
                 }ss:
County of Nassau }

On this **5th** day of **July, 2018,** before me personally came **Vincent Parziale,** to me
known who begin by me duly sworn, did depose and say that he/she resides
in the City of **Syosset, New York,** and that he/she is the **President** of the **Gramercy Group, Inc.,**
the corporation described in and which executed the foregoing instrument: that he/she knows the seal
of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so
affixed by order of the Board of Director of said corporation: and that he/she signed his/her name
thereto by like order.

_____
Notary Public

JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20__

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**

**FROM:**
JUDITH AIELLO
(516) 876-0020
GRAMERCY GROUP INC.
3000 BURNS AVE
WANTAGH  NY 11793-3202

LTR   1 OF 1



# NY 111 0-07

SHIP TO:

CHERIF FAHMY
(917) 742-7049
NYC DEPT. OF  DESIGN & CONSTRUCTION
5TH FLOOR STATION 234
30-30 THOMSON AVENUE
**LONG ISLAND CITY  NY 11101**

## UPS NEXT DAY AIR

TRACKING #: 1Z V8E 687 01 4035 3643

**1**



BILLING:  P/P

WS  18.0.34 RiCOH Afide  99.0A 04/2018

Fold here and place in label pouch



WHAT GOES UP...WE TAKE DOWN.

# GRAMERCY

WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020  Fax (516) 876-0021

November 7th, 2018

Hon. Lorraine Grillo
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

Project: Demolition of DSNY Facilities at Gansevoort Peninsula
Contract: S216-404A
Contract Reg. No.: 20151416817

Ms. Grillo:

We hereby request an extension of contract time on the above contract from August 22, 2018 to August 23, 2018, a total of 1 calendar day. This application for an extension of time is based on the following:  Completion of change order work

Attached hereto is a Bill of Particulars setting forth claims, which we intend to assert under the terms of the contract.

In consideration of the granting, for the purpose of expediting payment, by Board of Extension of Contract Time, of an extension of contract time fixed in Contract Registration Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, <u>including but not limited to damages for delay or any other cause whatsoever,</u> which we may have against The City of New York, in connection with the aforesaid contract, except the items of claim which are hereby reserved and are set forth in the annexed Bill of Particulars

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
               }ss:
County of Nassau }

On this 7th day of November, 2018, before me personally came **Vincent Parziale,** to me known who begin by me duly sworn, did depose and say that he/she resides in the City of **Syosset, New York,** and that he/she is the **President** of the **Gramercy Group, Inc.,** the corporation described in and which executed the foregoing instrument: that he/she knows the seal of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so affixed by order of the Board of Director of said corporation: and that he/she signed his/her name thereto by like order.

_____
Notary Public

```
JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01AI6080641
QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 20 22
```

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**



**Department of
Design and
Construction**

Ana Barrio
Acting Commissioner

## CERTIFICATE FOR PARTIAL EXCEPTIONAL TIME EXTENSIONS CONTRACT NO. T-4

CONTRACTOR: Gramercy Group, Inc.    PROJECT: (S216-404A) Demo of all DSNY fac. at Gansevoort Peninsula

ADDRESS:    3000 Burns Avenue          CONTRACT: GC
            Wantagh, NY 11793          CONTRACT REG. NO.: 20151416817

The time within which all work under the referenced contract shall be completed is hereby extended from June 01, 2018 to and including August 31, 2018 a total of 92 consecutive calendar day(s). However, this contract time extension will automatically cease and terminate on the day prior to substantial completion of the contract (or final completion if no substantial completion).

| | |
|---|---|
| Contract Start Date: | March 23, 2015 |
| Contract Duration: | 730 ccd's |
| Original Completion Date: | March 21, 2017 |
| Total Time Extension: | 92 ccd's |
| New End Date: | August 31, 2018 |

This extension of time is approved with the understanding that any claims heretofore waived by the Contractor shall not be revived by reason of this extension.

The City of New York grants this extension so as to expedite a payment to the Contractor and does not waive or release any claim it may have against the Contractor whether it be for actual or liquidated damages for any reason whatsoever. Also, it is understood that the time extension is granted only for the purpose of permitting continuation of contract performance.

This Extension of Contract Time is approved subject to all of the terms and conditions governing the above contract, and the contractor is hereby ordered to proceed accordingly.

Date: _08, 15, 18_

Bogdan Peska, FAIA
Assistant Commissioner

Date: _8/15/18_

Stephen Malusa
DACCO



3000 Burns Avenue, Wantagh, NY 11793
Tel. 516-876-0020, Fax. 516-876-0021

# LETTER OF TRANSMITTAL

To: *NYC Dept. of Design & Construction*
*30-30 Thomson Avenue, 4th Floor*
*L.I.C., NY 11101*
*Attn: Hon. Lorraine Grillo*

Project: *Gansevoort Peninsula, Manhattan*
Contract No. : *S216-404A, PIN: 8502014TR0003C*
Date: *December 12, 2018*
Transmittal No.: *63*
Re: *Time Extension Letter*

We are Forwarding to You: ___X___ Attached _____ Under Separate Cover

The Following Item: _____
(Plans, Shop Drawings, Reports, Samples, Other)

Via: *UPS* _____
(Hand Delivery, US Mail, FedEx, Other)

| No. Of | Submittal No. | Drawing No. | Spec. No. | Rev. No. | Item Description |
|--------|---------------|-------------|-----------|----------|------------------|
| *1* | | | | | *Original Notice of Claim Letter with Backup* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Transmitted:
_____ For Your Information Only
___X___ For Your Approval
___X___ For Your Use

Transmitted by: *[signature]*
*Judith Aiello, Executive Assistant*

*December 12, 2018*
Date

Remarks:
*Thank you.*
_____
_____
_____

CC:
*file*
_____
_____

Received by: _____
Print Name: _____   Date _____



WHAT GOES UP WE TAKE DOWN

# GRAMERCY
WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

December 12th, 2018

Hon. Lorraine Grillo
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

Project: Demolition of DSNY Facilities at Gansevoort Peninsula
Contract: S216-404A
Contract Reg. No.: 20151416817
RE: Notice of Delay Claim

Ms. Grillo:

Gramercy Group Inc. hereby makes this submission as our Notice of Claim to pursuant to New York City Dept. of Design & Construction (DDC) on the above contract as related to the final time extension letter dated November 7th, 2018.

Due to these above unforeseen circumstances, none of which were in Gramercy's control, the Gansevoort project was delayed six hundred thirty-six (636) consecutive calendar days, however actual duration of delays from contract end date to substantial completion is five hundred twenty (520) consecutive calendar days. This application for the claim of is based on the following:

1. Start of Work:
   a. Contract start date was March 23, 2015. DSNY did not vacate the premises and allow Gramercy to start work until June 24th, 2015. This work impacted ninety four (94) consecutive calendar days.
   b.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 94 | $ 29,635.13 |
| Safety and Quality Plus Inc. - Safety | 94 | $ 41,254.02 |
| Vibranalysis - Vibration Monitoring | 94 | $ 11,781.63 |
| Bernstein Associates - Photographer | 94 | $ 2,353.75 |
| Cassone Leasing - Trailers | 94 | $ 2,517.23 |
| Mr. John - Trailer Bathroom Facilities | 94 | $ 4,847.97 |
| CallAHead - Security Booth | 94 | $ 1,332.08 |
| | Subtotal | $ 93,721.83 |
| | OH&P | $ 22,024.63 |
| | Total | $ 115,746.45 |

2. MTS & Ramp Demolition Permit:
   a. The Army Corp of Engineers & Department of Environmental Conservation (DEC) Letters required to file the MTS building permit application were due from the owner on December 5 2015. Army Corp & DEC Letters were submitted on April 12th, 2016 from owner. This work impacted one hundred thirty (130) consecutive calendar days.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 130 | $ 40,984.76 |
| Safety and Quality Plus Inc. - Safety | 130 | $ 57,053.44 |
| Vibranalysis - Vibration Monitoring | 130 | $ 16,293.75 |
| Bernstein Associates - Photographer | 130 | $ 3,255.19 |
| Cassone Leasing - Trailers | 130 | $ 3,481.28 |
| Mr. John - Trailer Bathroom Facilities | 130 | $ 6,704.64 |
| CallAHead - Security Booth | 130 | $ 1,842.24 |
| Subtotal | | $ 129,615.29 |
| OH&P | | $ 30,459.59 |
| Total | | $ 160,074.88 |

3. Electrical Cutoffs Entire Site:

   a. On April 9th, 2017 DDC sent a letter to Con Ed notifying Con Ed to undertake the electric disconnects to the Destructor Plant. Please be advised that Con Ed did not supply the disconnect letter to Liro until July 25, 2017. The forgone resulted in a one hundred eight (108) consecutive calendar day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 108 | $ 34,048.87 |
| Safety and Quality Plus Inc. - Safety | 108 | $ 47,398.24 |
| Vibranalysis - Vibration Monitoring | 108 | $ 13,536.35 |
| Bernstein Associates - Photographer | 108 | $ 2,704.31 |
| Cassone Leasing - Trailers | 108 | $ 2,892.14 |
| Mr. John - Trailer Bathroom Facilities | 108 | $ 5,570.01 |
| CallAHead - Security Booth | 108 | $ 1,530.48 |
| Subtotal | | $ 107,680.39 |
| OH&P | | $ 25,304.89 |
| Total | | $ 132,985.29 |

b.  Friday August 11th, Gramercy received an email from Liro and Con Ed that the

transformers were clear to be removed. On Tuesday August 15th, Gramercy started to

remove the transformers at which time a live cable, which was unknown to Con Ed

was discovered and work had to stop, by the order of the FDNY.

Con Ed cut the live electrical cable August 22nd. A site meeting was held on August 29th with Con Edison to understand how the disconnect letter could be issued with a live feed remaining and to confirm that there were no other live feeds at the project so as to ensure that the site was safe. The foregone resulted in a fifteen (15) consecutive day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 15 | $    4,729.01 |
| Safety and Quality Plus Inc. - Safety | 15 | $    6,583.09 |
| Vibranalysis - Vibration Monitoring | 15 | $    1,880.05 |
| Bernstein Associates - Photographer | 15 | $      375.60 |
| Cassone Leasing - Trailers | 15 | $      401.69 |
| Mr. John - Trailer Bathroom Facilities | 15 | $      773.61 |
| CallAHead - Security Booth | 15 | $      212.57 |
| | Subtotal | $    14,955.61 |
| | OH&P | $    3,514.57 |
| | Total | $    18,470.18 |

4.  FDNY Demo Destructor Plant Stop of Work:

Gramercy obtained approved demolition plans from DOB September 2015 in which the BEST SQUAD directed Gramercy to close the north entrance as a result of the Building Code requirements, in that, the destructor plant's close proximity to the north entrance required the north entrance to be closed in order to comply with the height to length ratio required by the New York City Building Code (3306.2.1).

The approved plans were reviewed August 7, 2017, once again, with the DDC, Liro, FDNY, Gramercy, as well as the Secret Service and Homeland Security, at which time the closure and demolition plan was discussed once again, without objection from any party.

The work to close the north entrance started on September 8th, 2017 and was stopped immediately by FDNY. Work was not allowed to begin again until September 25th, 2017. This work impacted eighteen (18) consecutive calendar days.

| | | | |
|---|---|---|---|
| Streamline Security | 18 | $ | 5,674.81 |
| Safety and Quality Plus Inc. - Safety | 18 | $ | 7,899.71 |
| Vibranalysis - Vibration Monitoring | 18 | $ | 2,256.06 |
| Bernstein Associates - Photographer | 18 | $ | 450.72 |
| Cassone Leasing - Trailers | 18 | $ | 482.02 |
| Mr. John - Trailer Bathroom Facilities | 18 | $ | 928.33 |
| CallAHead - Security Booth | 18 | $ | 255.08 |
| Subtotal | | $ | 17,946.73 |
| OH&P | | $ | 4,217.48 |
| Total | | $ | 22,164.21 |

5. **HRPT Sand Backfill Approval:**

Gramercy obtained approved sand from one facility approved by HRPT in October 2016 that was located in East Quogue, NY. Sand from multiple other facilities were submitted which included material that was very similar to the approved material, but that as well as all other proposed sand facilities were rejected. When the material was ultimately requested previously approved facility indicated at most, it could provide only one load of sand per day, if it could provide it at all. This would have delayed the project at least seven months. In the interim, another facility was submitted to DDC and approved, however, the process delayed the work seventy-one (71) consecutive calendar days.

| Subcontractor | Days of Delay | Subtotal | |
|---|---|---|---|
| Streamline Security | 71 | $ | 22,383.98 |
| Safety and Quality Plus Inc. - Safety | 71 | $ | 31,159.95 |
| Vibranalysis - Vibration Monitoring | 71 | $ | 8,898.89 |
| Bernstein Associates - Photographer | 71 | $ | 1,777.83 |
| Cassone Leasing - Trailers | 71 | $ | 1,901.31 |
| Mr. John - Trailer Bathroom Facilities | 71 | $ | 3,661.76 |
| CallAHead - Security Booth | 71 | $ | 1,006.15 |
| Subtotal | | $ | 70,789.89 |
| OH&P | | $ | 16,635.62 |
| Total | | $ | 87,425.51 |

6. Unknown underground Fuel Tanks

Gramercy was removing soil from the south side destructor plant area on May 10th, 2018 when two previously unknown concrete encased tanks approximately 10,000 gallons each were discovered. The tanks required the following additional work items:

-Expose the tanks and remove concrete encasement
-Remove product from tanks (both of them were completely fulfilled with fuel)
-Register Tanks with DEC
-Remove Tanks
-End point soil samples underneath tanks for any leaks and testing of same
-Soil Remediation of contaminated soil due to leaks in tanks
-Excavation of surrounding area to a point where soil appeared seemed clean for re-testing
-Dewatering and filtering of ground water during excavation
-Redo end point soil sampling
-Backfill area
-Tank Closure report sent to DEC


The total time spent on this item was eighty four (84) consecutive calendar days

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 84 | $ 26,482.46 |
| Safety and Quality Plus Inc. - Safety | 84 | $ 36,865.30 |
| Vibranalysis - Vibration Monitoring | 84 | $ 10,528.27 |
| Bernstein Associates - Photographer | 84 | $ 2,103.35 |
| Cassone Leasing - Trailers | 84 | $ 2,249.44 |
| Mr. John - Trailer Bathroom Facilities | 84 | $ 4,332.23 |
| CallAHead - Security Booth | 84 | $ 1,190.37 |
| | Subtotal | $ 83,751.42 |
| | OH&P | $ 19,681.58 |
| | Total | $ 103,433.00 |

## Cost Impact of Delay Combined

| Subcontractor | Total Duration | Subtotal |
|---|---|---|
| Streamline Security | 520 | $ 163,939.02 |
| Safety and Quality Plus Inc. - Safety | 520 | $ 228,213.75 |
| Vibranalysis - Vibration Monitoring | 520 | $ 65,175.00 |
| Bernstein Associates - Photographer | 520 | $ 13,020.75 |
| Cassone Leasing - Trailers | 520 | $ 13,925.11 |
| Mr. John - Trailer Bathroom Facilities | 520 | $ 26,818.56 |
| CallAHead - Security Booth | 520 | $ 7,368.97 |
| Subtotal | | $ 518,461.16 |
| OH&P | | $ 121,838.37 |
| Total | | $ 640,299.53 |

*see attached invoices as back-up

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
           }ss:
County of Nassau }

On this 12th day of December, 2018, before me personally came **Vincent Parziale,** to me known who begin by me duly sworn, did depose and say that he/she resides in the City of **Syosset, New York,** and that he/she is the **President** of the **Gramercy Group, Inc.,** the corporation described in and which executed the foregoing instrument: that he/she knows the seal of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so affixed by order of the Board of Director of said corporation: and that he/she signed his/her name thereto by like order.

_____
Notary Public

```
┌─────────────────────────────────────────┐
│        JUDITH A. AIELLO                  │
│  NOTARY PUBLIC, STATE OF NEW YORK        │
│        NO. 01AI6080641                   │
│     QUALIFIED IN SUFFOLK COUNTY          │
│  MY COMMISSION EXPIRES SEP 16, 20        │
└─────────────────────────────────────────┘
```

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**



WHAT GOES UP...WE TAKE DOWN.

# GRAMERCY
WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020   Fax (516) 876-0021

## BILL OF PARTICULARS

The following items below list the delays on the Gansevoort Project. Due to these above unforeseen circumstances, none of which were in Gramercy's control, the Gansevoort project was delayed six hundred thirty-six (636) consecutive calendar days, however actual duration of delays from contract end date to substantial completion is five hundred twenty (520) consecutive calendar days.

1. Start of Work:
   a. Contract start date was March 23, 2015. DSNY did not vacate the premises and allow Gramercy to start work until December 16th, 2015. This work impacted two hundred sixty-nine (269) consecutive calendar days.

2. Gas Utility Cutoffs M5 Garage:
   a. Utility cutoffs were to be performed for the M5 Garage on July 14th, 2015. DSNY did not turn over the gas utilities to Gramercy to obtain utility cutoffs until February 10th, 2016. This work impacted two hundred twelve (212) consecutive calendar days, part of which ran concurrent with the delay set forth in paragraph 1

3. Gas Utility Cutoffs Entire Site:
   a. Gas utility cutoffs were to be performed by November 5, 2015. Con Ed gas shutoff wasn't until April 16th, 2016. This work impacted one hundred sixty-three (163) consecutive calendar days, part of which ran concurrent with the delays set forth in paragraphs 1 & 2.

4. MTS & Ramp Demolition Permit:
   a. The Army Corp of Engineers & Department of Environmental Conservation (DEC) Letters required to file the MTS building permit application were due from the owner on December 5 2015. Army Corp & DEC Letters were submitted on April 13th, 2016 from owner. This work impacted one hundred thirty (130) consecutive calendar days, part of which ran concurrent with the delays set forth in paragraphs 1, 2 & 3.

5 - Electrical Cutoffs Entire Site:

   a. On February 22nd, 2017 DDC sent a letter to Con Ed notifying Con Ed to undertake the electric disconnects on March 17, 2017 to the Destructor Plant. Please be advised that Con Ed did not supply the disconnect letter to Liro until July 25, 2017. The forgone resulted in a 130 day delay)

   b. On Monday July 17th, in preparation for the continued demolition at the site, DDC and Liro directed Gramercy to remove the transformers from the Con Edison vault as they have been drained of PCB's. Gramercy contacted Con Edison for information regarding the weight of the transformer. Gramercy was advised by Con Ed that the transformers could still have PCB's and therefore could not be removed and as a result work could not proceed until further notified.

   Friday August 11th, Gramercy received an email from Liro and Con Ed that the transformers were clear to be removed. On Tuesday August 15th Gramercy started to remove the transformers at which time a live cable, which was unknown to Con Ed was discovered and work had to stop, by the order of the FDNY.

Con Ed cut the live electrical cable August 22nd. A site meeting was held on August 29th with Con Edison to understand how the disconnect letter could be issued with a live feed remaining and to confirm that there were no other live feeds at the project so as to ensure that the site was safe. The foregone resulted in a 36 day delay.

Due to these above unforeseen circumstances set forth in 5(a) and (b), none of which were in Gramercy's control, the Gansevoort project has been delayed an additional one hundred sixty-six (166) consecutive calendar days.

6 - FDNY Demo Destructor Plant Stop of Work:

Gramercy obtained approved demolition plans from DOB September 2015 in which the BEST SQUAD directed Gramercy to close the north entrance as a result of the Building Code requirements, in that, the destructor plant's close proximity to the north entrance required the north entrance to be closed in order to comply with the height to length ratio required by the New York City Building Code (3306.2.1).

The approved plans were reviewed August 7, 2017, once again, with the DDC, Liro, FDNY, Gramercy, as well as the Secret Service and Homeland Security, at which time the closure and demolition plan was discussed once again, without objection from any party.

The work to close the north entrance started on September 8th, 2017 and was stopped immediately by FDNY. Work was not allowed to begin again until September 25th, 2017. This work impacted fifteen (15) consecutive calendar days.

7 - HRPT Sand Backfill Approval:

Gramercy obtained approved sand from one facility approved by HRPT in October 2016 that was located in East Quogue, NY. Sand from multiple other facilities were submitted which included material that was very similar to the approved material, but that as well as all other proposed sand facilities were rejected. When the material was ultimately requested previously approved facility indicated at most, it could provide only one load of sand per day, if it could provide it at all. This would have delayed the project at least seven months. In the interim, another facility was submitted to DDC and approved, however, the process delayed the work seventy-one (71) consecutive calendar days.

Thus, the total delay for this item is seventy-one (71) consecutive calendar days.

8- Unknown underground Fuel Tanks

Gramercy was removing soil from the south side destructor plant area when two previously unknown concrete encased tanks approximately 10,000 gallons each were discovered. The tanks required the following additional work items:

-Expose the tanks and remove concrete encasement
-Remove product from tanks (both of them were completely fulfilled with fuel)
-Register Tanks with DEC
-Remove Tanks
-End point soil samples underneath tanks for any leaks and testing of same
-Soil Remediation of contaminated soil due to leaks in tanks
-Excavation of surrounding area to a point where soil appeared seemed clean for re-testing
-Dewatering and filtering of ground water during excavation

-Redo end point soil sampling
-Backfill area
-Tank Closure report sent to DEC

The total time spent on this item was ninety-two (92) consecutive calendar days

### Cost Impact of Delay

| Subcontractor | Time Period | Subtotal |
|---|---|---|
| Streamline Security | 3/21/17-8/23/18 | $ 163,939.02 |
| Safety and Quality Plus Inc. - Safety | 3/21/17-8/23/18 | $ 228,213.75 |
| Vibranalysis - Vibration Monitoring | 3/21/17-8/23/18 | $ 65,175.00 |
| Bernstein Associates - Photographer | 3/21/17-8/23/18 | $ 13,020.75 |
| Cassone Leasing - Trailers | 3/21/17-8/23/18 | $ 13,925.11 |
| Mr. John - Trailer Bathroom Facilities | 3/21/17-8/23/18 | $ 26,818.56 |
| Call Ahead - Security Booth | 3/21/17-8/23/18 | $ 7,368.97 |
| Subtotal | | $ 518,461.16 |
| OH&P | | $ 121,838.37 |
| Total | | $ 640,299.53 |

*See Attached invoices as back up

In connection with the application for extension of contract time for performance of Contract Registration Number (20151416817 ) we agree that neither–the fact of the granting of the application for the extension of time, the papers or records on which it is granted, nor the application itself, shall be referred to or offered in evidence by the undersigned or their attorneys in any action or proceeding between them and the City; the granting of such extension of time shall not be asserted or claimed by us or our attorneys, to be or to be any evidence of, any

admission on the part of the City that any of the facts stated in said application for extension of time are true, or as constituting any evidence of their truth.

We hereby represent and warrant, in consideration of the Board of Extension of Contract Time considering our application for an extension of time, that we have no other claims in connection with the contract, other than those stated in this sworn statement, and we further represent and warrant, we will not assert any other claims against the City of New York, in connection with this contract; except we do not waive any additional and/or new claim and/or additional damages related to previously asserted claims that occur subsequent to the date of this application for final extension of time.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



| | |
|---|---|
| **Department of Design and Construction** | Lorraine Grillo<br>Commissioner<br><br>Jamie Torres-Springer<br>First Deputy Commissioner |

Jean M. Jean-Louis
LEED AP BD+C, ENV SP
Assistant Commissioner
Safety and Site Support

January 11, 2019

**Notice of Delay**

Vincent Parziale
Gramercy Group Inc.
3000 Burns Avenue
Wantagh, NY 11793

       FMS ID: S216-404A
       Comptroller's Registration No. 20151416817
       Project Name: Gansevoort Marine Transfer Station Demolition
       Date of Notice: December 12, 2018
       Claim for Delay Damages Pursuant to Article 11

Dear Vincent Parziale:

Reference is made to your claim(s) for delay damages pursuant to Article 11 of the above referenced contract. DDC has reviewed your written submissions and upon consideration of the complex issues raised, we have concluded that a determination cannot be reached by the agency within sixty days. Therefore, your delay claim or claims are hereby denied.

    If you wish to pursue this matter further you may file a Notice of Claim with the NYC Comptroller. Additionally, you are advised to consult your contract concerning time limitations and notice requirements.

Sincerely,

01/11/19

Jean M. Jean-Louis, LEED AP BD + C, ENV SP, CIAQM
Assistant Commissioner
Safety & Site Support

Copy: Lorraine Grillo – Commissioner
       David Varoli – Legal

C-Track No.:42818



WHAT GOES UP WE TAKE DOWN

**GRAMERCY**
WRECKERS AND ENVIRONMENTAL CONTRACTORS

3000 Burns Avenue, Wantagh, NY 11793
Tel. 516-876-0020, Fax. 516-876-0021

# LETTER OF TRANSMITTAL

To: *NYC Dept. of Design & Construction*
*30-30 Thomson Avenue*
*L.I.C., NY 11101*
*Attn: Ms. Maria Mistretta*
*4th Flr; Station #065*

Project: *Gansevoort Peninsula, Manhattan*
Contract No. : *S216-404A, PIN: 8502014TR0003C*
Date: *March 20, 2019*
Transmittal No.: *67*
Re: *Time Extension Letter*

We are Forwarding to You: ___X___ Attached      _____ Under Separate Cover

The Following Item: _____
(Plans, Shop Drawings, Reports, Samples, Other)

Via: *UPS* _____
(Hand Delivery, US Mail, FedEx, Other)

| No. Of | Submittal No. | Drawing No. | Spec. No. | Rev. No. | Item Description |
|--------|---------------|-------------|-----------|----------|------------------|
| *4* | | | | | *Original Revised Time Extension Letter with BOP* |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Transmitted:
_____ For Your Information Only
___X___ For Your Approval
___X___ For Your Use

Transmitted by: _____
*Judith Aiello, Executive Assistant*

*March 20, 2019*
Date

Remarks:
*Thank you.*
_____
_____

CC:
*file*
_____

Received by: _____
Print Name: _____    Date



WHAT GOES UP WE TAKE DOWN

G R A M E R C Y

WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020  Fax (516) 876-0021

March 19th, 2019

Hon. Lorraine Grillo
Department of Design and Construction
30-30 Thomson Avenue 4th Floor
Long Island, City, New York 11101

Project: Demolition of DSNY Facilities at Gansevoort Peninsula
Contract: S216-404A
Contract Reg. No.: 20151416817

Ms. Grillo:

We hereby request an extension of contract time on the above contract from August 22, 2018 to August 23, 2018, a total of 1 calendar day. This application for an extension of time is based on the following:  Completion of change order work

Attached hereto is a Bill of Particulars setting forth claims, which we intend to assert under the terms of the contract.

In consideration of the granting, for the purpose of expediting payment, by Board of Extension of Contract Time, of an extension of contract time fixed in Contract Registration Number **20151416817** for the completion of work therein specified, we agree to and do hereby waive and release any and all claims, <u>including but not limited to damages for delay or any other cause whatsoever,</u> which we may have against The City of New York, in connection with the aforesaid contract, except the items of claim which are hereby reserved and are set forth in the annexed Bill of Particulars

It is understood that the City of New York does not, if the extension of time is granted, waive or release any claim it may have against the contractor whether it be for actual or liquidated damages for any reason whatsoever.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



WHAT GOES UP WE TAKE DOWN

GRAMERCY

WRECKING AND ENVIRONMENTAL CONTRACTORS

3000 Burns Ave Wantagh, NY 11793
(516) 876-0020  Fax (516) 876-0021

**BILL OF PARTICULARS**

The following items below list the delays on the Gansevoort Project. Due to these above unforeseen circumstances, none of which were in Gramercy's control, the Gansevoort project was delayed six hundred thirty-six (636) consecutive calendar days, however actual duration of delays from contract end date to substantial completion is five hundred twenty (520) consecutive calendar days. Based upon the foregoing, below is monetary claim that Gramercy Group, Inc. ("Gramercy") seeks to recover on account of that delay.

1. General Conditions after March 21, 2017:
   a. Contract extension date was March 21, 2017. General Conditions continued until the substantial completion date of August 23rd, 2018. This work impacted three hundred seventeen (317) consecutive calendar days, and is more fully set forth in the specific items broken out in detail below.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 317 | $ 99,939.75 |
| Safety and Quality Plus Inc. - Safety | 317 | $ 139,122.61 |
| Vibranalysis - Vibration Monitoring | 317 | $ 39,731.68 |
| Bernstein Associates - Photographer | 317 | $ 7,937.65 |
| Cassone Leasing - Trailers | 317 | $ 8,488.96 |
| Mr. John - Trailer Bathroom Facilities | 317 | $ 16,349.01 |
| CallAHead - Security Booth | 317 | $ 4,492.24 |
| | Subtotal | $ 316,061.90 |
| | OH&P | $ 74,274.55 |
| | Total | $ 390,336.45 |

2. Electrical Cutoffs Entire Site:

   a. On April 9th, 2017 the Department of Design and Construction ("DDC") sent a letter to Con Ed notifying Con Edison ("Con Ed") to undertake the electric disconnects to the Destructor Plant. Please be advised that Con Ed did not supply the disconnect letter to Liro until July 25, 2017. The forgone resulted in a one hundred eight (108) consecutive calendar day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 108 | $ 34,048.87 |
| Safety and Quality Plus Inc. - Safety | 108 | $ 47,398.24 |
| Vibranalysis - Vibration Monitoring | 108 | $ 13,536.35 |
| Bernstein Associates - Photographer | 108 | $ 2,704.31 |
| Cassone Leasing - Trailers | 108 | $ 2,892.14 |
| Mr. John - Trailer Bathroom Facilities | 108 | $ 5,570.01 |
| CallAHead - Security Booth | 108 | $ 1,530.48 |
| | Subtotal | $ 107,680.39 |
| | OH&P | $ 25,304.89 |
| | Total | $ 132,985.29 |

b.   Friday August 11th, Gramercy received an email from Liro and Con Ed that the transformers were clear to be removed. On Tuesday August 15th, Gramercy started to remove the transformers at which time a live cable, which was unknown to Con Ed, was discovered and by order of the Fire Department of the City of New York ("FDNY") work was stopped.

Con Ed cut the live electrical cable August 22nd. A site meeting was held on August 29th with Con Ed to understand how the disconnect letter could be issued with a live feed remaining and to confirm that there were no other live feeds at the Project so as to ensure that the site was safe. The forgoing resulted in a fifteen (15) consecutive day delay.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 15 | $ 4,729.01 |
| Safety and Quality Plus Inc. - Safety | 15 | $ 6,583.09 |
| Vibranalysis - Vibration Monitoring | 15 | $ 1,880.05 |
| Bernstein Associates - Photographer | 15 | $ 375.60 |
| Cassone Leasing - Trailers | 15 | $ 401.69 |
| Mr. John - Trailer Bathroom Facilities | 15 | $ 773.61 |
| CallAHead - Security Booth | 15 | $ 212.57 |
| | Subtotal | $ 14,955.61 |
| | OH&P | $ 3,514.57 |
| | Total | $ 18,470.18 |

3.  FDNY Demo Destructor Plant Stop of Work:

Gramercy obtained approved demolition plans from DOB September 2015 in which the BEST SQUAD directed Gramercy to close the north entrance to comply with Building Code requirements.  More specifically, the destructor plant's close proximity to the north entrance required the north entrance to be closed in order to comply with the height to length ratio required by the New York City Building Code (§3306.2.1).

The approved plans were reviewed once again with the DDC, Liro, FDNY, Gramercy, as well as the Secret Service and Homeland Security on August 7th 2017, at which time the closure and demolition plan again was discussed without objection from any party.

The work to close the north entrance started on September 8th, 2017 and was stopped immediately by FDNY. Work was not allowed to begin again until September 25th, 2017. This work impacted eighteen (18) consecutive calendar days.

| | | | |
|---|---|---|---|
| Streamline Security | 18 | $ | 5,674.81 |
| Safety and Quality Plus Inc. - Safety | 18 | $ | 7,899.71 |
| Vibranalysis - Vibration Monitoring | 18 | $ | 2,256.06 |
| Bernstein Associates - Photographer | 18 | $ | 450.72 |
| Cassone Leasing - Trailers | 18 | $ | 482.02 |
| Mr. John - Trailer Bathroom Facilities | 18 | $ | 928.33 |
| CallAHead - Security Booth | 18 | $ | 255.08 |
| | Subtotal | $ | 17,946.73 |
| | OH&P | $ | 4,217.48 |
| | Total | $ | 22,164.21 |

4.  HRPT Sand Backfill Approval:

Gramercy obtained approved sand from one facility approved by HRPT in October 2016 that was located in East Quogue, NY. Sand from multiple other facilities were submitted which included material that was very similar to the approved material, but that as well as all other proposed sand facilities were rejected.  When the material was ultimately requested previously approved facility indicated at most, it could provide only one load of sand per day, if it could provide it at all.  This would have delayed the project at least seven months. In the interim, another facility was submitted to DDC and approved on February 1st, 2018 and approved April 12th, 2018, however, the process delayed the work seventy-one (71) consecutive calendar days.

| Subcontractor | Days of Delay | Subtotal |
|---|---|---|
| Streamline Security | 71 | $ 22,383.98 |
| Safety and Quality Plus Inc. - Safety | 71 | $ 31,159.95 |
| Vibranalysis - Vibration Monitoring | 71 | $ 8,898.89 |
| Bernstein Associates - Photographer | 71 | $ 1,777.83 |
| Cassone Leasing - Trailers | 71 | $ 1,901.31 |
| Mr. John - Trailer Bathroom Facilities | 71 | $ 3,661.76 |
| CallAHead - Security Booth | 71 | $ 1,006.15 |
| | Subtotal | $ 70,789.89 |
| | OH&P | $ 16,635.62 |
| | Total | $ 87,425.51 |

5. Unknown underground Fuel Tanks

Gramercy was removing soil from the south side destructor plant area on May 10th, 2018 when two previously unknown concrete encased tanks approximately 10,000 gallons each were discovered. The tanks required the following additional work items:

-Expose the tanks and remove concrete encasement
-Remove product from tanks (both of them were completely fulfilled with fuel)
-Register Tanks with DEC
-Remove Tanks
-End point soil samples underneath tanks for any leaks and testing of same
-Soil Remediation of contaminated soil due to leaks in tanks
-Excavation of surrounding area to a point where soil appeared seemed clean for
 re-testing
-Dewatering and filtering of ground water during excavation
-Redo end point soil sampling
-Backfill area
-Tank Closure report sent to DEC

This work finished August 2nd, 2018. The total time spent on this item was eighty-four (84) consecutive calendar days.

| Subcontractor | Days of Delay | | Subtotal |
|---|---|---|---|
| Streamline Security | 84 | $ | 26,482.46 |
| Safety and Quality Plus Inc. - Safety | 84 | $ | 36,865.30 |
| Vibranalysis - Vibration Monitoring | 84 | $ | 10,528.27 |
| Bernstein Associates - Photographer | 84 | $ | 2,103.35 |
| Cassone Leasing - Trailers | 84 | $ | 2,249.44 |
| Mr. John - Trailer Bathroom Facilities | 84 | $ | 4,332.23 |
| CallAHead - Security Booth | 84 | $ | 1,190.37 |
| Subtotal | | $ | 83,751.42 |
| OH&P | | $ | 19,681.58 |
| Total | | $ | 103,433.00 |

6. Balance of work to complete after underground fuel tanks

Once the tank work was completed as detailed in item 5 on August 2nd, 2018, the balance of the contract work in that area needed to be completed which took until substantial completion.

This work finished August 23rd, 2018. The total time spent on this item was twenty-one (21) consecutive calendar days

| Subcontractor | Days of Delay | | Subtotal |
|---|---|---|---|
| Streamline Security | 21 | $ | 6,620.61 |
| Safety and Quality Plus Inc. - Safety | 21 | $ | 9,216.32 |
| Vibranalysis - Vibration Monitoring | 21 | $ | 2,632.07 |
| Bernstein Associates - Photographer | 21 | $ | 525.84 |
| Cassone Leasing - Trailers | 21 | $ | 562.36 |
| Mr. John - Trailer Bathroom Facilities | 21 | $ | 1,083.06 |
| CallAHead - Security Booth | 21 | $ | 297.59 |
| Subtotal | | $ | 20,937.85 |
| OH&P | | $ | 4,920.40 |
| Total | | $ | 25,858.25 |

*See Attached invoices as back up

**Total monetary claim $390,336.45.**

In connection with the application for extension of contract time for performance of Contract Registration Number (20151416817 ) we agree that neither the fact of the granting of the

application for the extension of time, the papers or records on which it is granted, nor the application itself, shall be referred to or offered in evidence by the undersigned or their attorneys in any action or proceeding between them and the City; the granting of such extension of time shall not be asserted or claimed by us or our attorneys, to be or to be any evidence of, any admission on the part of the City that any of the facts stated in said application for extension of time are true, or as constituting any evidence of their truth.

We hereby represent and warrant, in consideration of the Board of Extension of Contract Time considering our application for an extension of time, that we have no other claims in connection with the contract, other than those stated in this sworn statement, and we further represent and warrant, we will not assert any other claims against the City of New York, in connection with this contract; except we do not waive any additional and/or new claim and/or additional damages related to previously asserted claims that occur subsequent to the date of this application for final extension of time.

Sincerely,

Vincent Parziale
President/CEO
Gramercy Group, Inc.



## ACKNOWLEDGEMENT BY CORPORATION

State of New York}
            }ss:
County of Nassau }

On this 19th day of March, 2019, before me personally came **Vincent Parziale,** to me known who begin by me duly sworn, did depose and say that he/she resides in the City of **Syosset, New York,** and that he/she is the **President of the Gramercy Group, Inc.,** the corporation described in and which executed the foregoing instrument: that he/she knows the seal of said corporation: that the seal affixed to the said instrument is such corporate seal: that it was so affixed by order of the Board of Director of said corporation: and that he/she signed his/her name thereto by like order.

_____
Notary Public

    JUDITH A. AIELLO
NOTARY PUBLIC, STATE OF NEW YORK
    NO. 01AI6080641
  QUALIFIED IN SUFFOLK COUNTY
MY COMMISSION EXPIRES SEP 16, 2022

**Gramercy Group, Inc.**
3000 Burns Avenue | Wantagh, New York 11793
P 516-876-0020 | F 516-876-0021 | www.gramercyusa.com

**WHAT GOES UP...WE TAKE DOWN**

## AFFIDAVIT OF SERVICE

**State of New York**                                                                          **County of New York**

Index Number: -
Date Filed: _____

**PROJECT: DEMOLITION OF DSNY FACILITIES AT GANSEVOORT
PENINSULA CONTRACT: S216-404A, CONTRACT REG. NO.:
20151416817, RE: NOTICE OF CLAIM--DELAY**

Received these papers to be served on **New York City Comptroller, 1 Division Of Law, 1 Centre Street,
1225 South, New York, NY 10007**.

I, John F. Barry, being duly sworn, depose and say that on the **3rd day of April, 2019 at 11:26 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Notice of Claim** with the date and
hour of service endorsed thereon by me, to: **Deborah Hope, Clerk**, as **Authorized Agent** for **New York
City Comptroller**, and informed said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: Seatd, Weight: 170, Hair:
Dark Brown, Glasses: Y

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN AND RESIDES IN THE STATE OF
NEW YORK.

John F. Barry

Subscribed and Sworn to before me on the 3rd day
of April, 2019 by the affiant who is personally known
to me.

Our Job Serial Number: PRP-2019900170

NOTARY PUBLIC

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

DOREEN BARRY
Notary Public, State of New York
No. 01BA6213586
Qualified in Nassau County
Commission Expires Nov. 9, 20_21

## **AFFIDAVIT OF SERVICE**

**State of New York**                                                                                 **County of New York**

Index Number: -
Date Filed: _____

**PROJECT: DEMOLITION OF DSNY FACILITIES AT GANSEVOORT
PENINSULA CONTRACT: S216-404A, CONTRACT REG. NO.:
20151416817, RE: NOTICE OF CLAIM--DELAY**

Received these papers to be served on **New York City Corporation Counsel, 100 Church Street, New
York, NY 10007.**

I, John F. Barry, being duly sworn, depose and say that on the **3rd day of April, 2019** at **11:42 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Notice of Claim** with the date and
hour of service endorsed thereon by me, to: **Betty Mazyck, Clerk,** as **Authorized Agent** for **New York
City Corporation Counsel,** and informed said person of the contents therein, in compliance with State
Statutes.

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: Seatd, Weight: 180, Hair:
Salt & Pepper, Glasses: N

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN AND RESIDES IN THE STATE OF
NEW YORK.

John F. Barry

Subscribed and Sworn to before me on the 3rd day
of April, 2019 by the affiant who is personally known
to me.

Our Job Serial Number: PRP-2019000171

NOTARY PUBLIC

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

DOREEN BARRY
Notary Public, State of New York
No. 01BA6213586
Qualified in Nassau County
Commission Expires Nov. 9, 20__

## **AFFIDAVIT OF SERVICE**

**State of New York**                                                                                                                    **County of New York**

Index Number: -
Date Filed: _____

**PROJECT: DEMOLITION OF DSNY FACILITIES AT GANSEVOORT
PENINSULA CONTRACT: S216-404A, CONTRACT REG. NO.:
20151416817, RE: NOTICE OF CLAIM--DELAY**

Received these papers to be served on **Commissioner of The Department of Design and Construction,
30-30 Thompson Avenue, 4th Floor, Long Island City, NY 11101.**

I, John F. Barry, being duly sworn, depose and say that on the **3rd day of April, 2019 at 10:36 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **Notice of Claim** with the date and
hour of service endorsed thereon by me, to: **Candace Chung, Assistant General Counsel,** as
**Authorized Agent** for **Commissioner of The Department of Design and Construction,** and informed
said person of the contents therein, in compliance with State Statutes.

**Description** of Person Served. Age: 35, Sex: F, Race/Skin Color: Asian, Height: 5'6", Weight: 140, Hair:
Black, Glasses: N

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A
PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN AND RESIDES IN THE STATE OF
NEW YORK.

John F. Barry

Subscribed and Sworn to before me on the 3rd day
of April, 2019 by the affiant who is personally known
to me.

Our Job Serial Number: PRP-2019000172

NOTARY PUBLIC

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

DOREEN BARRY
Notary Public, State of New York
No. 01BA6213586
Qualified In Nassau County
Commission Expires Nov. 9, 20 21